JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mia Labowitz,<br><br>    Plaintiff,<br><br>vs.<br><br>David Andrew Gordon, Trustee of the Jacob & Arlene Gordon Family Trust dated August 30, 1983; and Does 1-10,<br><br>    Defendants. | Case No.: 2:20-cv-00941-AB-KS<br><br>*Hon. André Birotte Jr.*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS HEREBY ORDERED THAT:**

Plaintiff Mia Labowitz's ("Plaintiff") action against David Andrew Gordon, Trustee of the Jacob & Arlene Gordon Family Trust dated August 30, 1983 ("Defendant") is dismissed with prejudice.

Dated: May 27, 2020

_____
Hon. André Birotte Jr.
United States District Judge